UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL ALLEN GOAD,<br><br>          Plaintiff,<br><br>vs.<br><br>KING COUNTY, a political subdivision of the State of Washington; and LEE GASKILL, Badge No. 08498, individually and in his official capacity as a member of the King County Sheriff's Department; and LEE and "JANE DOE" GASKILL, and the marital community thereof,<br><br>          Defendants. | CASE NO. C07-5118 RBL<br><br>ORDER ON NOTICE OF INTENT TO DISMISS CASE FOR FAILURE TO PROSECUTE |

      The Complaint in this cause was filed on February 16, 2007 in the Pierce County Superior Court and removed to the United States District Court on March 13, 2007. On March 13, 2007, the Court issued its standard Minute Order requiring the filing of a Joint Status Report to be filed on or before June 12, 2007. A Scheduling Order filed on June 4, 2007 continued the date for filing the Joint Status Report to June 29, 2007. On June 14, 2007, plaintiff requested an additional extension of time to file the Joint Status Report. That motion was granted and the Joint Status Report due date was continued to July 19, 2007. To date the plaintiff has not responded to the orders.

      The plaintiff is directed to **SHOW CAUSE IN WRITING**, if any, he has, why he has not responded to the Orders of this Court and why this action should not be **DISMISSED** for Failure to Prosecute pursuant to FRCP 41(2)(b).

      This **Complaint may be dismissed** without further notice to plaintiff on **October 1, 2007,** unless the plaintiff files the required Joint Status Report or otherwise shows good cause, in writing, before that date.

DATED this 12th day of September, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order of Intent to Dismiss - 1